
RECEIVED
MAR 1 8 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| MARK A. AUCOIN | CIVIL ACTION NO. 08-CV-0363 |
| VS. | JUDGE DOHERTY |
| MICHAEL J. ASTRUE, Commissioner<br>Social Security Administration | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED** and the case be **DISMISSED**.

Lafayette, Louisiana this ___ day of _____, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT